# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) Rodriguez, Xavier | 2. Court or Organization Western District of Texas | 3. Date of Report 03/25/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address 655 E. Durango Blvd. San Antonio, Texas 78206 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | San Antonio Bar Foundation |
| 2. Board Member | Alamo Area Council, Boy Scouts of America |
| 3. Board Member | Federal Bar Association, San Antonio Chapter |
| 4. Board Member | Inns of Court, William S. Sessions Inn |
| 5. Regent | Texas Lutheran University |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2008 APR 12 A 10: 48
RECEIVED
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 03/25/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Univ. of Texas at San Antonio - teaching | $ 3.000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Judson I.S.D. - Teacher |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Association, Del Rio Chapter | January 9, 2007 | Del Rio. Texas | Deliver CLE speech | lunch and mileage |
| 2. | State Bar of Texas | February 15 & 16, 2007 | Dallas, Texas | Deliver CLE speech | airfare, meals and hotel |
| 3. | State Bar of Texas | March 2, 2007 | Austin, Texas | Deliver CLE speech | lunch and mileage |
| 4. | Texas Association of Defense Counsel | March 9, 2007 | Austin. Texas | Deliver CLE speech | lunch and mileage |
| 5. | Univ. of Texas CLE | April 6. 2007 | Austin. Texas | Deliver speech | lunch and mileage |

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 03/25/2008 |

| 6. | State Bar of Texas | May 18, 2007 | Houston, Texas | Deliver CLE speech | airfare and lunch |
|---|---|---|---|---|---|
| 7. | Institute for Interfaith Dialog | September 1-12, 2007 | Turkey | cultural/religious study | transportation, food lodging |
| 8. | State Bar of Texas | September 20, 2007 | Houston, Texas | Deliver CLE speech | airfare and meals |
| 9. | Fort Worth Paralegals Assoc. | October 25, 2007 | Fort Worth, Texas | Deliver CLE speech | airfare and lunch |
| 10. | Austin Intellectual Property Law Section | November 16-18, 2007 | Austin, Texas | Attend CLE program | meal and hotel |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

$\boxed{\checkmark}$ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

$\boxed{\checkmark}$ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 03/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity IRA Baron Growth | A | Dividend | K | T | | | | | |
| 2. Fidelity IRA Blue Chip Growth | A | Dividend | K | T | | | | | |
| 3. Fidelity IRA Dividend Growth | A | Dividend | K | T | | | | | |
| 4. Fidelity IRA Equity Income | A | Dividend | L | T | | | | | |
| 5. Fidelity IRA Government Income | A | Dividend | J | T | | | | | |
| 6. Fidelity IRA Low Priced Stock | A | Dividend | K | T | | | | | |
| 7. Fidelity IRA Mid Cap Stock | A | Dividend | K | T | | | | | |
| 8. Fidelity IRA Puritan | A | Dividend | J | T | | | | | |
| 9. Fidelity IRA Intermediate Bond | A | Dividend | L | T | | | | | |
| 10. Fidelity IRA Oakmark Equity Income | A | Dividend | J | T | | | | | |
| 11. Fidelity IRA Weitz Value | A | Dividend | K | T | | | | | |
| 12. Frost National Bank Market Index | A | Interest | K | T | | | | | |
| 13. Frost National Bank | A | Interest | K | T | | | | | |
| 14. American Balanced Fund | A | Dividend | K | T | | | | | |
| 15. American Balanced Fund - 529 | A | Dividend | L | T | | | | | |
| 16. Fidelity IRA FBALX | A | Dividend | K | T | | | | | |
| 17. Fidelity IRA Int'l Discovery | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 03/25/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity IRA Contrafund | A | Dividend | K | T | | | | | |
| 19. Fidelity IRA Quanitative Emerging Markets | A | Dividend | K | T | | | | | |
| 20. Teacher Retirement System of Texas | A | Dividend | J | T | | | | | |
| 21. Firstmark | A | Interest | J | T | | | | | |
| 22. Royalty Interest, Lavaca County, Texas | A | Royalty | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | `T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 03/25/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 03/25/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544